IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**DeMARCUS HUES,**

**Defendant.**                                                              **No. 06-CR-30025-DRH**

### ORDER

**HERNDON, District Judge:**

Now before the Court is Hues' June 20, 2006 motion to continue trial (Doc. 15). The Government does not object to the motion. The Court being fully advised in the premises finds that Hues needs additional time to conduct plea negotiations. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial. Therefore, the Court **GRANTS** Hues' June 20, 2006 motion to continue (Doc. 15). The Court **CONTINUES** the jury trial scheduled for June 26, 2006 at 9:00 a.m. to **Monday, August 28, 2006 at 9:00 a.m.** The time from the date the original motion was filed, June 20, 2006, until the date to which the trial is rescheduled, August 28,

2006 is excludable time for the purposes of speedy trial.  Further, the parties shall notify the Court if a change of plea hearing is necessary.

    **IT IS SO ORDERED.**

    Signed this 21st day of June, 2006.

/s/       David   RHerndon
**United States District Judge**
